**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| **v.** | ) | **CRIM. ACTION: 2:25-00077-KKD** |
| | ) | |
| **JESUS PUJOL HERNANDEZ,** | ) | |
| **MIGUEL MARQUEZ ROMERO,** | ) | |
| **and PAULO SABON MONTERO,** | ) | |
| | ) | |
| **Defendants.** | ) | |

# PRETRIAL CONFERENCE ORDER

A pretrial conference under Federal Rule of Criminal Procedure 17.1 was held on September 15, 2026, with undersigned District Judge. Those participating in the conference were:

**Government:**

Matthew Redavid, Jr.
**Assistant United States Attorney**

Jesus M. Casas
**Assistant United States Attorney**

**Defense:**

Joseph A. Chambrot
**For Defendant Jesus Pujol Hernandez**

Richard F. Della Fera
**For Defendant Miguel Marquez Romero**

Mark S. Youngblood
**For Defendant Paulo Sabon Montero**

As a result of the conference, the Court establishes the following deadlines and rules, which govern trial preparation and proceedings in this action. The deadlines herein shall not be modified except by written order of the Court.

Jury Selection.

This action is set for jury selection at **8:00 a.m. on Monday, October 5, 2026.** A jury of twelve jurors, with 2 alternates, will be selected.

Trial.

Trial will begin immediately following jury selection and is expected to last **4 days.**

Brief on Overt Act Element.

On or before **September 25, 2026**, each party may submit simultaneous briefs addressing whether the overt act element should be included in the preliminary jury instructions.

Motion in Limine.

For reasons set forth more specifically on the record, the Court ruled as follows: Defendant Miguel Marquez Romero's Motion in Limine to Exclude Evidence (Doc. 173) is:

a. **MOOT.** The United States' Attorney indicated that the United States would not seek to introduce evidence about the indictment.

b. **CARRIED TO TRIAL.** The relevance of evidence regarding the alleged victim's safety concerns will be addressed at trial.

c. **MOOT.** The United States' Attorney indicated that the United States does not intend to introduce any alleged beliefs by the victim.

d. **CARRIED TO TRIAL.** The relevance of the evidence regarding the alleged $70,000 wire transfer will be addressed at trial.

**DONE** and **ORDERED** this **16th day** of **September 2026.**

**s/ Kristi K. DuBose**
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**